B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Babinski, David Paul** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Babinski, Deborah** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8033** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8294** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1410 Craftman Avenue West**<br>**Celebration, FL**　　　　ZIP Code **34747** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1410 Craftman Avenue West**<br>**Celebration, FL**　　　　ZIP Code **34747** |
| County of Residence or of the Principal Place of Business:<br>**Osceola** | County of Residence or of the Principal Place of Business:<br>**Osceola** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                      **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Babinski, David Paul**<br>**Babinski, Deborah** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Walter F. Benenati**          **May 14, 2010**<br>Signature of Attorney for Debtor(s)       (Date)<br>**Walter F. Benenati 46679** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Babinski, David Paul**
**Babinski, Deborah**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ David Paul Babinski**

Signature of Debtor  **David Paul Babinski**

X  **/s/ Deborah Babinski**

Signature of Joint Debtor  **Deborah Babinski**

Telephone Number (If not represented by attorney)

**May 14, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Attorney*

X  **/s/ Walter F. Benenati**

Signature of Attorney for Debtor(s)

**Walter F. Benenati 46679**

Printed Name of Attorney for Debtor(s)

**Law Offices of Walter F. Benenati,**

Firm Name

**Credit Attorney P.A.**
**838A N. John Young Parkway**
**Kissimmee, FL 34741**

Address

                    **Email: wfb@creditattorneypa.com**
**407-236-7171  Fax: 407-236-7667**

Telephone Number

**May 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re **David Paul Babinski**
**Deborah Babinski**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ David Paul Babinski**
                        **David Paul Babinski**

Date:    **May 14, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **David Paul Babinski**
      **Deborah Babinski**
                                                  Case No. _____
                                          Debtor(s)      Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Deborah Babinski**
                      **Deborah Babinski**
Date:  **May 14, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **David Paul Babinski,**
        **Deborah Babinski**

Case No. _____

Debtors   ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | 2,115,400.00 | | |
| B - Personal Property | Yes | 5 | 136,915.92 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 4,141,825.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 428,605.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,719.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,031.66 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 2,252,315.92 | | |
| Total Liabilities | | | | 4,570,430.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re  **David Paul Babinski,**
**Deborah Babinski**

Case No. _____

_____ ,
Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,719.67 |
| Average Expenses (from Schedule J, Line 18) | 5,031.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,661.62 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,020,361.52 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 428,605.08 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,448,966.60 |

B6A (Official Form 6A) (12/07)

In re    **David Paul Babinski,**                                        Case No. _____
         **Deborah Babinski**
                                                    ,
                          Debtors
# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1st Property** | **Tenancy by Entirety** | **J** | **681,100.00** | **1,222,447.56** |
| Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH | | | | |
| Mailing Address: 7589 EXCITEMENT DR REUNION FL, 34747 | | | | |
| Parcel : 352527483800011190 | | | | |
| Legal Description: REUNION PHASE 2 PARCEL 1 AND 1A PB 13 PGS 115-123 LOT 119 | | | | |
| **2nd Property** | **Tenancy by Entirety** | **J** | **271,700.00** | **576,896.24** |
| Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH; | | | | |
| Physical Address: 7659 WHISPER WAY, REUNION, FL 34747 | | | | |
| Legal Description: VILLAS AT REUNION SQUARE PH 4 A CONDO CB 10 PG 142-146 OR 3284/2013 BLDG P SOUTH UNIT 104 LYING IN SEC 34 | | | | |
| Parcel : 2725273032000P104S | | | | |
| **3er Property** | **Joint tenant** | **J** | **50,000.00** | **360,984.98** |
| Owner Name: SCALESE CHRISTOPHER; BABINSKI DAVID; | | | | |
| Physical Address: 1048 CASTLE PINES CT, REUNION, FL 34747 | | | | |
| Parcel : 352527489200011750 | | | | |
| Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 175 | | | | |

|  |  | Sub-Total > | **1,002,800.00** | (Total of this page) |

  **4**   continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **David Paul Babinski,**                                    Case No. _____
         **Deborah Babinski**
                                                        ,
                              Debtors
# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4th Property** | **Tenancy by Entirety** | **J** | **125,000.00** | **281,354.09** |
| **Owner Name: BABINSKI DAVID; BABINSKI DEBORAH;** | | | | |
| **Physical Address: 1108 GRAND TRAVERSE PKWY, REUNION, FL 34747** | | | | |
| **Parcel : 352527489200013070** | | | | |
| **Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 307** | | | | |
| **5th Property** | **Tenancy by Entirety** | **J** | **218,500.00** | **859,452.65** |
| **Owner Name: BABINSKI DAVID P & DEBORAH** | | | | |
| **Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756** | | | | |
| **Parcel:12-22-26-050000002600** | | | | |
| **Legal Description: BELLA COLLINA SUB LOT 26 BEING IN 13-22-26 PB 51 PG 31-49 \| ORB 3228 PG 2146** | | | | |
| **foreclosed** | | | | |
| **6th property** | **Fee simple** | **H** | **1,200.00** | **0.00** |
| **Owners Name:BABINSKI DAVID P** | | | | |
| **PHYSICAL ADDRESS: 6662 PALANCIA DRIVE, SEBRING, FL 33872** | | | | |
| **Legal Description:SUN N LAKE EST OF SEBRING UNIT 14 PB 9 PG 73 LOT 29 BLK 304** | | | | |
| **Parcel ID#C-04-34-28-140-3040-0290 40** | | | | |
| **Highlands County Southwest Water** | | | | |

Sub-Total >         **344,700.00**        (Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **David Paul Babinski,**                                          Case No. _____
        **Deborah Babinski**

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **7th Property** | **Fee simple** | **H** | 7,900.00 | 0.00 |
| **Owner Name: BABINSKI DAVID P** | | | | |
| **Physical Address: 13265 ROUNDING CIR, PORT CHARLOTTE, FL 33981** | | | | |
| **Legal Description: PORT CHARLOTTE SEC95 BLK5140 LT 20 1017-437 2660/2132 2778/485 2835/1595 2872/1630** | | | | |
| **Parcel ID# 412108335005** | | | | |
| **8th Property** | **Tenancy by Entirety** | **H** | 100,000.00 | 134,048.00 |
| **Owner Name: David P Babinski and Deborah Babinski** | | | | |
| **Physical Address: 3797 Golden Pear Run NE, Leland NC 28451** | | | | |
| **Legal Description: Lot 171, Phase 1A, Bluffs on the Cape Fear Plat 35/65** | | | | |
| **Parcel ID#PT OF 0100030** | | | | |
| **9th Property** | **Fee simple** | **J** | 100,000.00 | 83,300.00 |
| **Owner Name: Deborah Babinski** | | | | |
| **Parcel #: 010EA073** | | | | |
| **Physical Address: 9611 FALLEN PEAR LN NE** | | | | |
| **Legal Description: L-144 PH-1A BLUFF ON THE CF PLAT 35/64 Deed Book/Page: 2910/0213** | | | | |
| **# of Lots or Acreage: 1.00** | | | | |

Sub-Total >        207,900.00        (Total of this page)

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **David Paul Babinski,**                                          Case No. _____
         **Deborah Babinski**
                                                              ,
                                    Debtors
# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10th Property** | **Fee simple** | **W** | **100,000.00** | **153,148.00** |
| **Parcel #: 010EA079** | | | | |
| **Physical Address: 3810 LEMON DROP LN NE** | | | | |
| **Legal Description: L-150 PH-1A BLUFFS ON THE CF PLAT 35/65** | | | | |
| **Deed Book/Page: 2914/0768** | | | | |
| **Current Owner: Deborah Babinski** | | | | |
| **Bank Financing: BRANCH BANKING & TRUST COMPANY** | | | | |
| **Mailing Address: POST OFFICE BOX 1847 WILSON NC  27894** | | | | |
| **# of Lots or Acreage: 1.00** | | | | |
| **11th Property** | **Tenancy by Entirety** | **J** | **205,000.00** | **233,330.00** |
| **Parcel ID Number   7566-11-5720** | | | | |
| **Current Owner WACHOVIA BANK NA    MAIL CODE X3800 03C  8480 STAGECOACH CIR 3RD FLOOR FREDERICK MD  21701** | | | | |
| **Property foreclosed on 01/2009** | | | | |
| **No longer on debtors' possession** | | | | |
| **Address: LT 23, THE UPPER GLADE AT RIVER ROCK, CULLOWHEE, NC 28723** | | | | |
| **Property Description    Plat Cabinet/Slide Reference    Assessed Acreage  Township LT 23 UPPER GLADE   14/566 1.64** | | | | |
| **Mountain      JACKSON COUNTY, NORTH CAROLINA** | | | | |

|  | Sub-Total > | **305,000.00** | (Total of this page) |
|---|---|---|---|

Sheet __3__ of __4__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                         Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **David Paul Babinski,**                                              Case No. _____
         **Deborah Babinski**
                                                                    ,
                                                Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **12th Property** | **Tenancy by Entirety** | **J** | **255,000.00** | **233,330.00** |
| **Parcel ID Number   7566-01-8971** | | | | |
| **Current Owner BABINSKI, DAVID P  BABINSKI, DEBORAH** | | | | |
| **Address: LT 31, THE UPPER GLADE AT RIVER ROCK, CULLOWHEE, NC 28723** | | | | |
| **Property Description    Plat Cabinet/Slide Reference    Assessed Acreage  Township LT 31 UPPER GLADE      14/566 1.46               Mountain JACKSON COUNTY, NORTH CAROLINA** | | | | |
| **Timeshare** | **Tenant-In-Common** | **J** | **Unknown** | **3,534.00** |
| **Unit 2309 at The Park Central Condominium located at 870 Seventh Avenue, Borough of Manhattan, County of New Yourk, New York** | | | | |
| **Legal description: Reel 2406, Page 1498, Tax Lot 1186 in Block 1027 of Section 4 of the Borough of Manhattan on the City of New York, Condominium Plan No. 958** | | | | |
| **Ownership Interest as a 1/52 event interest** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **255,000.00** | (Total of this page) |
| Total > | **2,115,400.00** | |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re      **David Paul Babinski,**                                                    Case No. _____
           **Deborah Babinski**
                                                                        ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fith Third Bank** | J | 25.00 |
| | | **Checking#****5248** | | |
| | | **Pennsylvania State Employees Credit union** | J | 5.10 |
| | | **Checking Acct#: 8602****** | | |
| | | **Regions Bank** | J | 30.00 |
| | | **Checking Acct#***6541** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Dining room set (10), china cabinet, buffet, lamps (6), dishes, sofa, ottoman, end tables, pots and pans, TV (2), TV stand, DVD player, king size bed (2), full size bed, dresser, nightstand, kitchen table (7), book case** | J | 925.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **22 various hardcover books, pics/painting, various DVDs** | J | 50.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 100.00 |
| 7.  Furs and jewelry. | | **wedding rings, engagement ring** | J | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **still camera, video camera** | J | 35.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | **1,690.10** |
|---|---|---|
|  | (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Paul Babinski,**                                    Case No. _____
       **Deborah Babinski**

                             Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stocks<br><br>**First National Community Bancorp, Inc.**<br><br>**Account# 3530124003**<br><br>**Stock Symbol # FNCB.OB**<br><br>**total shares 10.8381**<br><br>**price per share 5.627900** | J | 60.00 |
| | | Stocks<br><br>**Disney World**<br><br>**Acct # is 0002018039**<br><br>**6 shares**<br><br>**value of shares $37.97 each**<br><br>**price per share ?** | J | 227.82 |

                                              Sub-Total >      **287.82**
                                          (Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Paul Babinski,**                                           Case No. _____
          **Deborah Babinski**
                                                           ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Name Name Type**<br>**BABSCA ASSOCIATES, INC.  Current Name**<br><br>----------------------------------------------------------------------------<br>-----<br><br>**Business Corporation - Domestic - Information**<br><br>**Entity Number: 551992**<br>**Status: Active**<br><br>**Entity Creation Date: 9/28/2005**<br><br>**State of Business.: PA**<br>**Registered Office Address: 241 Main St., Suite 100**<br>**Dickson City PA 18519**<br>**Lackawanna**<br>**Mailing Address: No Address**<br><br>----------------------------------------------------------------------------<br>-----<br><br>**Officers**<br><br>**Name: CHRISTOPHER SCALESE**<br>**Title: President**<br>**Address: SUITE 101 241 MAIN ST**<br>**DICKSON CITY PA 18519-35**<br><br>**Debtor was a partner 50/50 with Mr. Scalese.  He separated from the partnerships on 2009. As a partner of the company, he invested and purchased a empty lot - real estate which the Company stills holding.  It is the only value connecting him to the partnership as of this date** | H | 10,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 Tax Refund** | J | 5,453.00 |

Sub-Total >          15,453.00
(Total of this page)

Sheet  __2__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **David Paul Babinski,**
**Deborah Babinski**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Promissory Note for the benefit of David Babinski for amount  lend to Mark & Jennifer Nichols**<br><br>**Annual interest rate 7%**<br><br>**Note due 12/31/2010** | J | 110,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Dodge Grand Caravan Grand Caravan SXT**<br><br>**Mileage: 102000**<br><br>**Condition: poor (inside seats are dagamed, water damaged, dents, rust, radio/cd player does not work)**<br><br>**Vin# 2D8GP44L96R69671** | H | 4,000.00 |

Sub-Total >   114,000.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **David Paul Babinski,**
      **Deborah Babinski**

Case No. _____

_____ ,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2004 Nissan Quest Van 3.5 SE** | **W** | **5,000.00** |
| | | **Mileage: 114000** | | |
| | | **Condition: fair** | | |
| | | **Vin# 5N1BV28U04N324017** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **filing cabinet, computer (2), Printer, fax machine, laptop** | **J** | **485.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **5,485.00** |
| Total > | **136,915.92** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re   **David Paul Babinski,**                  Case No. _____

                **Deborah Babinski**

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                       $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                           *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Fith Third Bank** | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| **Checking#****5248** | | | |
| **Pennsylvania State Employees Credit union** | Fla. Const. art. X, § 4(a)(2) | 5.10 | 5.10 |
| **Checking Acct#: 8602****** | | | |
| **Regions Bank** | Fla. Const. art. X, § 4(a)(2) | 30.00 | 30.00 |
| **Checking Acct#***6541** | | | |
| **Household Goods and Furnishings** | | | |
| **Dining room set (10), china cabinet, buffet, lamps (6), dishes, sofa, ottoman, end tables, pots and pans, TV (2), TV stand, DVD player, king size bed (2), full size bed, dresser, nightstand, kitchen table (7), book case** | Fla. Stat. Ann. § 222.25(4) | 925.00 | 925.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **22 various hardcover books, pics/painting, various DVDs** | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| **Clothing** | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| **wedding rings, engagement ring** | Fla. Const. art. X, § 4(a)(2) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **still camera, video camera** | Fla. Const. art. X, § 4(a)(2) | 35.00 | 35.00 |
| **Stock and Interests in Businesses** | | | |
| **Stocks** | Fla. Stat. Ann. § 222.25(4) | 60.00 | 60.00 |

**First National Community Bancorp, Inc.**

**Account# 3530124003**

**Stock Symbol # FNCB.OB**

**total shares 10.8381**

**price per share 5.627900**

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **David Paul Babinski,**          Case No. _____
        **Deborah Babinski**

                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Stocks** | **Fla. Const. art. X, § 4(a)(2)** | **227.82** | **227.82** |
| **Disney World** | | | |
| **Acct # is 0002018039** | | | |
| **6 shares** | | | |
| **value of shares $37.97 each** | | | |
| **price per share ?** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2009 Tax Refund** | **Fla. Stat. Ann. § 222.25(3)** | **5,453.00** | **5,453.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Dodge Grand Caravan Grand Caravan SXT** | **Fla. Stat. Ann. § 222.25(4)** | **4,000.00** | **4,000.00** |
| **Mileage: 102000** | | | |
| **Condition: poor (inside seats are dagamed, water damaged, dents, rust, radio/cd player does not work)** | | | |
| **Vin# 2D8GP44L96R69671** | | | |
| **2004 Nissan Quest Van 3.5 SE** | **Fla. Stat. Ann. § 222.25(1)** **Fla. Stat. Ann. § 222.25(4)** | **2,000.00** **3,000.00** | **5,000.00** |
| **Mileage: 114000** | | | |
| **Condition: fair** | | | |
| **Vin# 5N1BV28U04N324017** | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **filing cabinet, computer (2), Printer, fax machine, laptop** | **Fla. Const. art. X, § 4(a)(2)** | **485.00** | **485.00** |

| | | Total: | **16,915.92** | **16,915.92** |
|---|---|---|---:|---:|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **David Paul Babinski,**
    **Deborah Babinski,**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx9002<br><br>**BB & T**<br>**Bankruptcy Dept**<br>**mail code 100-50-01-51**<br>**P O Box 1847**<br>**Wilson, NC 27894** | | J | **Opened 6/01/06 Last Active 6/12/08**<br>**9th Property**<br>**Owner Name: Deborah Babinski**<br>**Parcel #: 010EA073**<br>**Physical Address: 9611 FALLEN PEAR LN NE**<br>**Legal Description: L-144 PH-1A BLUFF ON THE CF PLAT 35/64** | | | | | |
| | | | Value $    **100,000.00** | | | | 80,900.00 | 0.00 |
| Account No. xxxxxxxxxx9001<br><br>**BB & T**<br>**Bankruptcy Dept**<br>**mail code 100-50-01-51**<br>**P O Box 1847**<br>**Wilson, NC 27894** | | J | **Opened 6/01/06 Last Active 6/12/08**<br>**10th Property**<br>**Parcel #: 010EA079**<br>**Physical Address: 3810 LEMON DROP LN NE**<br>**Legal Description: L-150 PH-1A BLUFFS ON THE CF PLAT 35/65**<br>**Deed Book/Page: 2914/0768** | | | | | |
| | | | Value $    **100,000.00** | | | | 150,748.00 | 50,748.00 |
| Account No. xxxxxx029A<br><br>**Bella Collina HOA**<br>**16355 Vetta Drive**<br>**Montverde, FL 34756** | | J | **HOA**<br>**5th Property**<br>**Owner Name: BABINSKI DAVID P & DEBORAH**<br>**Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756**<br>**Parcel:12-22-26-050000002600** | | | | | |
| | | | Value $    **218,500.00** | | | | 4,922.08 | 4,922.08 |
| Account No. x2136<br><br>**Bella Collina Property Owners Assoc., Inc.**<br>**8390 Champions Gate Blvd**<br>**Suite 304**<br>**Davenport, FL 33896** | | J | **Condo Association Dues**<br>**5th Property**<br>**Owner Name: BABINSKI DAVID P & DEBORAH**<br>**Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756**<br>**Parcel:12-22-26-050000002600** | | | | | |
| | | | Value $    **218,500.00** | | | | 8,530.57 | 8,530.57 |

**5**   continuation sheets attached

Subtotal
(Total of this page)

| 245,100.65 | 64,200.65 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **David Paul Babinski,**
       **Deborah Babinski**                                                                   Case No. _____

                                                          ,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3037** <br><br> **Chase** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | H | Opened 5/01/07 Last Active 4/30/08 **1st Property** **Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH** **Mailing Address: 7589 EXCITEMENT DR REUNION FL, 34747** **Parcel : 352527483800011190** **Legal Description: REUNION PHASE 2** | | | | | |
| | | | Value $              **681,100.00** | | | | **1,216,491.00** | **535,391.00** |
| Account No. <br><br> **Shapiro & Fishman, LLP** <br> **10004 N Dale Mabry Highway** <br> **Suite 112** <br> **Tampa, FL 33618** | | | Representing: **Chase** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxx5278** <br><br> **Rbc Bank Usa** <br> **P O Box 1220** <br> **Rocky Mount, NC 27802** | | J | Opened 2/05/05 Last Active 2/27/08 **3er Property** **Owner Name: SCALESE CHRISTOPHER; BABINSKI DAVID;** **Physical Address: 1048 CASTLE PINES CT, REUNION, FL 34747** **Parcel : 352527489200011750** **Legal Description REUNION WEST** | | | | | |
| | | | Value $              **100,000.00** | | | | **353,717.00** | **253,717.00** |
| Account No. <br><br> **Greenspoon Marder PA** <br> **attn. Marisol Morales** <br> **Trade Centre So, Ste 700** <br> **100 W Cypress Creek Rd** <br> **Fort Lauderdale, FL 33309** | | | Representing: **Rbc Bank Usa** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **8200816211** <br><br> **RBC Centura Bank** <br> **2811 S Orange Avenue** <br> **Orlando, FL 32806** | | | Representing: **Rbc Bank Usa** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet ___**1**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,570,208.00** | **789,108.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **David Paul Babinski,**              Case No. _____
       **Deborah Babinski**
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **???** <br><br> **Rbc Bank Usa** <br> **P O Box 1220** <br> **Rocky Mount, NC 27802** | | J | Mortgage <br> 4th Property <br> Owner Name: BABINSKI DAVID; BABINSKI DEBORAH; <br> Physical Address: 1108 GRAND TRAVERSE PKWY, REUNION, FL 34747 <br> Parcel : 352527489200013070 <br> Legal Description REUNION WEST | | | | | |
| | | | Value $              125,000.00 | | | | 279,000.00 | 154,000.00 |
| Account No. **xxxx xxxxxxxxxx xrive** <br><br> **Reunion Resort & Club Master Association** <br> **c/o Aegis CMS, Suite 304** <br> **8390 Champions Gate Blvd.** <br> **Davenport, FL 33896** | | J | HOA <br> 1st Property <br> Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH <br> Mailing Address: 7589 EXCITEMENT DR REUNION FL, 34747 <br> Parcel : 352527483800011190 <br> Legal Description: REUNION PHASE 2 | | | | | |
| | | | Value $              681,100.00 | | | | 5,956.56 | 5,956.56 |
| Account No. **xxxxxx076A** <br><br> **Reunion Resort & Club Master Association** <br> **c/o Aegis CMS, Suite 304** <br> **8390 Champions Gate Blvd.** <br> **Davenport, FL 33896** | | J | HOA <br> 2nd Property <br> Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH; <br> Physical Address: 7659 WHISPER WAY, REUNION, FL 34747 <br> Legal Description: VILLAS AT REUNION SQUARE PH 4 A CONDO CB 10 PG | | | | | |
| | | | Value $              271,700.00 | | | | 22,586.24 | 22,586.24 |
| Account No. **FRS#91575** <br><br> **FRS Group, Inc.** <br> **P O Box 612** <br> **Addison, TX 75001** | | | Representing: <br> Reunion Resort & Club Master | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **xxxx xxxxx xxxxerse** <br><br> **Reunion Resort & Club Master Association** <br> **c/o Aegis CMS, Suite 304** <br> **8390 Champions Gate Blvd.** <br> **Davenport, FL 33896** | | J | HOA <br> 4th Property <br> Owner Name: BABINSKI DAVID; BABINSKI DEBORAH; <br> Physical Address: 1108 GRAND TRAVERSE PKWY, REUNION, FL 34747 <br> Parcel : 352527489200013070 <br> Legal Description REUNION WEST | | | | | |
| | | | Value $              125,000.00 | | | | 2,354.09 | 2,354.09 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 309,896.89 | 184,896.89 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **David Paul Babinski,**
　　　 **Deborah Babinski**                                                                            Case No. _____

_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxx0176 | | | | | Opened 7/01/06  Last Active 2/15/08 5th Property Owner Name: BABINSKI DAVID P & DEBORAH Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756 Parcel:12-22-26-050000002600 | | | | | |
| Suntrust Mortgage/cc 5 Attention:  Bankruptcy Po Box 85092 Richmond, VA 23286 | | H | | | | | | | | |
| | | | | | Value $                    218,500.00 | | | | 846,000.00 | 627,500.00 |
| Account No. | | | | | | | | | | |
| Marshall C. Watson PA 1800 NW 49th Street Suite 120 Fort Lauderdale, FL 33309 | | | | | Representing: Suntrust Mortgage/cc 5 | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxt 171 | | | | | HOA 8th Property Owner Name: David P Babinski and Deborah Babinski Physical Address: 3797 Golden Pear Run NE, Leland NC 28451 Legal Description: Lot 171, Phase 1A, Bluffs on the Cape Fear Plat 35/65 | | | | | |
| The Bluffs on the Cape Fear POA, Inc 1121 P Military Cutoff Rd Wilmington, NC 28405 | | | | J | | | | | | |
| | | | | | Value $                    100,000.00 | | | | 2,400.00 | 2,400.00 |
| Account No. xxt 144 | | | | | HOA 9th Property Owner Name: Deborah Babinski Parcel #: 010EA073 Physical Address: 9611 FALLEN PEAR LN NE Legal Description: L-144 PH-1A BLUFF ON THE CF PLAT 35/64 | | | | | |
| The Bluffs on the Cape Fear POA, Inc 1121 P Military Cutoff Rd Wilmington, NC 28405 | | | | J | | | | | | |
| | | | | | Value $                    100,000.00 | | | | 2,400.00 | 0.00 |
| Account No. xxt 150 | | | | | HOA 10th Property Parcel #: 010EA079 Physical Address: 3810 LEMON DROP LN NE Legal Description: L-150 PH-1A BLUFFS ON THE CF PLAT 35/65 Deed Book/Page: 2914/0768 | | | | | |
| The Bluffs on the Cape Fear POA, Inc 1121 P Military Cutoff Rd Wilmington, NC 28405 | | | | J | | | | | | |
| | | | | | Value $                    100,000.00 | | | | 2,400.00 | 2,400.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 853,200.00 | 632,300.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **David Paul Babinski,**  Case No. _____
      **Deborah Babinski**

_____ ,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xot 23, xxx xxxxx xxxde at** <br><br> The Glades Property Owners Assoc. <br> c/o Legasus of N Carolina <br> 1202 N Main St <br> Anderson, SC 29621 | | J | River Rock HOA <br> 11th Property <br> Parcel ID Number  7566-11-5720 <br> Current Owner WACHOVIA BANK NA MAIL CODE X3800 03C  8480 STAGECOACH CIR 3RD FLOOR FREDERICK MD  21701 | | | | | |
| | | | Value $            **205,000.00** | | | | 2,500.00 | 2,500.00 |
| Account No. **xot 31, xxx xxxxx xxxde at** <br><br> The Glades Property Owners Assoc. <br> c/o Legasus of N Carolina <br> 1202 N Main St <br> Anderson, SC 29621 | | J | River Rock HOA <br> 12th Property <br> Parcel ID Number  7566-01-8971 <br> Current Owner BABINSKI, DAVID P BABINSKI, DEBORAH <br> Address: LT 31, THE UPPER GLADE AT RIVER ROCK, CULLOWHEE, NC 28723 | | | | | |
| | | | Value $            **255,000.00** | | | | 2,500.00 | 0.00 |
| Account No. **xxx08-02** <br><br> The Manhattan Club <br> 112 N Courtland St <br> 2nd Floor <br> East Stroudsburg, PA 18301 | | J | condo association <br> Timeshare <br> Unit 2309 at The Park Central Condominium located at 870 Seventh Avenue, Borough of Manhattan, County of New Yourk, New York <br> Legal description: Reel 2406, Page 1498, Tax Lot 1186 in Block 1027 of Section 4 | | | | | |
| | | | Value $            **Unknown** | | | | 3,534.00 | Unknown |
| Account No. **xxxxxxxxx7636** <br><br> Up/regionsm <br> Bankruptcy <br> Po Box 18001 <br> Hattiesburg, MS 39404 | | J | Opened 10/01/06  Last Active  1/14/08 <br> 2nd Property <br> Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH; <br> Physical Address: 7659 WHISPER WAY, REUNION, FL 34747 <br> Legal Description: VILLAS AT REUNION SQUARE PH 4 A CONDO CB 10 PG | | | | | |
| | | | Value $            **271,700.00** | | | | 554,310.00 | 282,610.00 |
| Account No. **0896487636** <br><br> Regions Bank <br> Legal Dept <br> 7130 Goodleft Farms Pkwy <br> Cordova, TN 38016 | | | Representing: <br> Up/regionsm | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal <br> (Total of this page)    562,844.00      285,110.00

B6D (Official Form 6D) (12/07) - Cont.

In re **David Paul Babinski,**
　　　**Deborah Babinski**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. **x3262** | | | | | **HOA** **3er Property** **Owner Name: SCALESE CHRISTOPHER; BABINSKI DAVID;** **Physical Address: 1048 CASTLE PINES CT, REUNION, FL 34747** **Parcel : 352527489200011750** **Legal Description REUNION WEST** | | | | | |
| **Villas at Reunion Square Condominium Assoc 8390 Champions Gate Blvd Suite 304 Davenport, FL 33896** | | | J | | | | | | | |
| | | | | | Value $　　　　**100,000.00** | | | | **7,267.98** | **7,267.98** |
| Account No. **xxxxxxxxxxx7086** | | | | | **Opened 5/01/06 Last Active 4/23/08** **12th Property** **Parcel ID Number   7566-01-8971** **Current Owner BABINSKI, DAVID P BABINSKI, DEBORAH** **Address: LT 31, THE UPPER GLADE AT RIVER ROCK, CULLOWHEE, NC 28723** **Property Description　　Plat** | | | | | |
| **Wachrl Po Box 3117 Winston Salem, NC 27102** | | | H | | | | | | | |
| | | | | | Value $　　　　**255,000.00** | | | | **230,830.00** | **0.00** |
| Account No. | | | | | **Representing:** **Wachrl** | | | | | |
| **Kania & Kania PA 600-A Centrepark Drive Asheville, NC 28805** | | | | | | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. **xxxxxxxxxxx7219** | | | | | **Opened 5/24/06 Last Active 4/23/08** **11th Property** **Parcel ID Number   7566-11-5720** **Current Owner WACHOVIA BANK NA MAIL CODE X3800 03C  8480 STAGECOACH CIR 3RD FLOOR FREDERICK MD  21701** **Property foreclosed on 01/2009** | | | | | |
| **Wachrl Po Box 3117 Winston Salem, NC 27102** | | | H | | | | | | | |
| | | | | | Value $　　　　**205,000.00** | | | | **230,830.00** | **25,830.00** |
| Account No. **xxxxxxxxxxx7700** | | | | | **Opened 7/01/06 Last Active 6/11/08** **8th Property** **Owner Name: David P Babinski and Deborah Babinski** **Physical Address: 3797 Golden Pear Run NE, Leland NC 28451** **Legal Description: Lot 171, Phase 1A, Bluffs on the Cape Fear Plat 35/65** | | | | | |
| **Wachrl Po Box 3117 Winston Salem, NC 27102** | | | H | | | | | | | |
| | | | | | Value $　　　　**100,000.00** | | | | **131,648.00** | **31,648.00** |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **600,575.98** | **64,745.98** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **4,141,825.52** | **2,020,361.52** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **David Paul Babinski,**                                                    Case No. _____
        **Deborah Babinski**

                                    ,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **David Paul Babinski,**
**Deborah Babinski** ,

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx1238 <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | **Opened  9/01/00  Last Active 12/01/08** <br> **CheckCreditOrLineOfCredit** | | | | **30,439.00** |
| Account No. <br><br> **Bonded Collection Corporatio** <br> **P O Box 1022** <br> **Wixom, MI 48393-1022** | | | **Representing:** <br> **Bank Of America** | | | | **Notice Only** |
| Account No. 9006082 <br><br> **Professional Recovery Servic** <br> **P O Box 1880** <br> **Voorhees, NJ 08043** | | | **Representing:** <br> **Bank Of America** | | | | **Notice Only** |
| Account No. xxxx-xxxx-xxxx-3058 <br><br> **Bank Of America** <br> **Attn: Bankruptcy** <br> **NC4-105-02-99** <br> **Po Box 26012** <br> **Greensboro, NC 27410** | | J | **Opened  8/01/07  Last Active 11/03/08** <br> **ChargeAccount** | | | | **18,731.00** |

__18__  continuation sheets attached

Subtotal
(Total of this page)    **49,170.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Paul Babinski,**
       **Deborah Babinski**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Creditors Financial Group** **P O Box 440290** **Aurora, CO 80044** | | | | **Representing:** **Bank Of America** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Focus Receivables Mngt** **1130 Northcashe Pkwy** **Suite 150** **Marietta, GA 30067** | | | | **Representing:** **Bank Of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-7267** | | J | | **Opened  2/01/02  Last Active 12/09/08** **CreditCard** | | | | |
| **Bank Of America** **Attn: Bankruptcy** **NC4-105-03-14** **Po Box 26012** **Greensboro, NC 27410** | | | | | | | | **12,689.00** |
| Account No. **25531850** | | | | | | | | |
| **FMA Alliance Ltd** **11811 N Freeway** **Suite 900** **Houston, TX 77060** | | | | **Representing:** **Bank Of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-5512** | | J | | **Opened  7/01/07  Last Active  1/02/09** **CreditCard** | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | | | | | | | **10,094.00** |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,783.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**　　　　　　　　　　　　　　　　　　　Case No. _____
**Deborah Babinski**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Firstsource Advantage, LLC** <br> **P O Box 628** <br> **Buffalo, NY 14240-0628** | | | Representing: <br> **Bank Of America** | | | | **Notice Only** |
| Account No. **9062235** <br><br> **Professional Recovery Servic** <br> **P O Box 1880** <br> **Voorhees, NJ 08043** | | | Representing: <br> **Bank Of America** | | | | **Notice Only** |
| Account No. **\*\*49** <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | H | **Opened 2/01/02 Last Active 9/20/04** <br> **CheckCreditOrLineOfCredit** | | | | **20,000.00** |
| Account No. **xxxxxx7179** <br><br> **Bank of America** <br> **P O Box 2407** <br> **Minneapolis, MN 55402** | | J | credit card | | | | **4,652.72** |
| Account No. **xxxx-xxxx-xxxx-9480** <br><br> **Bank of America** <br> **P O Box 15019** <br> **Wilmington, DE 19886-5019** | | W | revolving | | | | **10,094.34** |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **34,747.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
    **Deborah Babinski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx1370** | | | | **Opened 7/01/07 Last Active 11/26/08 CreditCard** | | | | |
| **Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154** | | J | | | | | | 16,548.00 |
| Account No. **703822155** | | | | | | | | |
| **Nelson, Watson & Assoc 80 Merrimack St Lower Level Haverhill, MA 01830** | | | | **Representing: Capital One, N.a.** | | | | Notice Only |
| Account No. **xxxxx2647** | | | | **medical** | | | | |
| **Cbr Systems, Inc. P O Box 894181 Los Angeles, CA 90189-4181** | | J | | | | | | 129.17 |
| Account No. | | | | | | | | |
| **AWA Collections P O Box 6605 Orange, CA 92863-6605** | | | | **Representing: Cbr Systems, Inc.** | | | | Notice Only |
| Account No. **x1438** | | | | **medical** | | | | |
| **Celebration Urgent Care 1530 Celebration Blvd #101 Celebration, FL 34747** | | J | | | | | | 85.00 |

Sheet no. __**3**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,762.17

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
       **Deborah Babinski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x1441** <br><br> **Celebration Urgent Care** <br> **1530 Celebration Blvd #101** <br> **Celebration, FL 34747** | | J | | medical | | | | 85.00 |
| Account No. **x1440** <br><br> **Celebration Urgent Care** <br> **1530 Celebration Blvd #101** <br> **Celebration, FL 34747** | | J | | medical | | | | 140.00 |
| Account No. **xxxx-xxxx-xxxx-0448** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | H | | Opened  7/01/07  Last Active 12/18/08 <br> CreditCard | | | | 17,701.00 |
| Account No. <br><br> **Nationwide Credit Inc.** <br> **P O Box 740640** <br> **Atlanta, GA 30374** | | | | Representing: <br> Chase | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-8891** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | J | | Opened  3/01/03  Last Active 11/20/08 <br> CreditCard | | | | 17,418.00 |

Sheet no. \_\_**4**\_\_ of \_\_**18**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,344.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
    **Deborah Babinski**

Case No. _____

                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18771998** <br><br> **Associated Recovery Systems** <br> **P O Box 469046** <br> **Escondido, CA 92046-9046** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. **9289861** <br><br> **Valentine & Kebartas, Inc.** <br> **P O Box 325** <br> **Lawrence, MA 01842** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-7749** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | J | **Opened  8/01/98  Last Active 11/26/08** <br> **CreditCard** | | | | **12,690.00** |
| Account No. **1038987** <br><br> **MRS Associates Inc** <br> **1930 Olney Ave** <br> **Cherry Hill, NJ 08003** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2372** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | H | **Opened  3/01/04  Last Active 12/17/08** <br> **CreditCard** | | | | **10,939.00** |

Sheet no. __**5**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,629.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
**Deborah Babinski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Capital Management Services** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-3342** **Chase** **201 N. Walnut St//De1-1027** **Wilmington, DE 19801** | | J | | Opened  2/01/08  Last Active 12/03/08 CreditCard | | | | **701.00** |
| Account No. **NCO Financial System** **P O Box 15081** **Wilmington, DE 19850-5081** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-9715** **Chase** **201 N. Walnut St//De1-1027** **Wilmington, DE 19801** | | J | | Opened  3/01/04  Last Active 11/30/08 CreditCard | | | | **29,046.00** |
| Account No. **Financial Asset Mngt Systems** **P O Box 451409** **Atlanta, GA 31145** | | | | Representing: Chase | | | | **Notice Only** |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**29,747.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
**Deborah Babinski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx7200** | | | | Opened  9/01/95  Last Active  7/21/00 CreditCard | | | | |
| **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | H | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-7748** | | | | Opened  9/01/95  Last Active 12/04/08 CreditCard | | | | |
| **Citibank (South Dakota), NA** **P.o. Box 6500** **Sioux Falls, SD 57117** | | H | | | | | | **19,440.00** |
| Account No.  **F40698220** | | | | Representing: Citibank (South Dakota), NA | | | | |
| **Northland Group, Inc** **P O Box 390905** **Minneapolis, MN 55439** | | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx9962** | | | | Opened 10/01/06  Last Active 11/05/08 ChargeAccount | | | | |
| **Citifinancial** **300 Saint Paul Pl** **Baltimore, MD 21202** | | J | | | | | | **8,126.03** |
| Account No. | | | | Representing: Citifinancial | | | | |
| **Citifinancial** **Bankruptcy Dept** **P O Box 498609** **Cincinnati, OH 45249** | | | | | | | | **Notice Only** |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,566.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
    **Deborah Babinski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DRS Bonded Collection System**<br>**P O Box 1022**<br>**Wixom, MI 48393** | | | **Representing:**<br>**Citifinancial** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx9962**<br><br>**Citifinancial**<br>**300 Saint Paul Pl**<br>**Baltimore, MD 21202** | | J | **Opened 10/01/06  Last Active 11/05/08**<br>**ChargeAccount** | | | | **8,126.03** |
| Account No. **xxxx2319**<br><br>**Collection**<br>**Po Box 9136**<br>**Needham, MA 02494** | | H | **Med1 02 Labcorp** | | | | **235.00** |
| Account No. **xxxx-xxxx-xxxx-7694**<br><br>**Discover Fin**<br>**Attention: Bankruptcy Dept**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | H | **Opened  2/01/96  Last Active  1/19/09**<br><br>**CreditCard** | | | | **1,650.00** |
| Account No.<br><br>**Capital Management Services**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**Discover Fin** | | | | **Notice Only** |

Sheet no. **8** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,011.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
     **Deborah Babinski**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1015**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | J | **Opened 8/01/95 Last Active 3/08/10**<br>**CreditCard** | | | | 116.00 |
| Account No. **xxxxxxxx0077**<br><br>**Emergency Phys.Of Central FL**<br>**P O Box 628296**<br>**Orlando, FL 32862-8296** | | J | **medical** | | | | 405.00 |
| Account No.<br><br>**Physicians Assett Recovery**<br>**P O Box 57910**<br>**Jacksonville, FL 32241-7910** | | | **Representing:**<br>**Emergency Phys.Of Central FL** | | | | Notice Only |
| Account No. **4101496**<br><br>**Quality Collection Systems**<br>**PO Box 538092**<br>**Orlando, FL 32853-8092** | | | **Representing:**<br>**Emergency Phys.Of Central FL** | | | | Notice Only |
| Account No. **xxxx7217**<br><br>**First Revenue**<br>**4500 Cherry Creek Dr South**<br>**Denver, CO 80239** | | H | **Opened 5/01/09**<br><br>**Collection for**<br>**AT T Mobility  Frmly Cingular**<br>**Client Ref: 464006993986** | | | | 1,441.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,962.00

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
     **Deborah Babinski**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **11-40474508** <br><br> **EOS CCA** <br> **P O Box 296** <br> **Norwell, MA 02061-0296** | | | | **Representing:** <br> **First Revenue** | | | | **Notice Only** |
| Account No. **xxxxxx7179** <br><br> **Firstar/US Bank** <br> **c/o Bankruptcy Dept** <br> **Po Box 5229** <br> **Cincinnati, OH 45201** | | J | | **Opened  8/17/05  Last Active 10/21/09** <br><br> **AutoLease** | | | | **4,652.00** |
| Account No. <br><br> **US Bank NA** <br> **P O Box 2407** <br> **Minneapolis, MN 55402-2407** | | | | **Representing:** <br> **Firstar/US Bank** | | | | **Notice Only** |
| Account No. **xxxxx4065** <br><br> **Florida Physicians Medical Group** <br> **P o Box 538600** <br> **Orlando, FL 32853-8600** | | J | | **08/24/09** <br> **medical** | | | | **22.00** |
| Account No. **xxxxx4065** <br><br> **Florida Physicians Medical Group** <br> **P o Box 538600** <br> **Orlando, FL 32853-8600** | | J | | **11/12/2009** <br><br> **medical** | | | | **414.00** |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,088.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
    **Deborah Babinski**
                                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx065-4** | | | | medical | | | | |
| **Florida Physicians Medical Group** **P o Box 538600** **Orlando, FL 32853-8600** | | J | | | | | | **132.00** |
| Account No. | | | | | | | | |
| **Preferred CMS** **P O Box 2964** **Tampa, FL 33601** | | | | Representing: **Florida Physicians Medical** | | | | **Notice Only** |
| Account No. **xxxxxxxx2008** | | | | Opened  1/01/05  Last Active  3/25/09 Lease | | | | |
| **G M A C** **Po Box 12699** **Glendale, AZ 85318** | | J | | | | | | **32,000.00** |
| Account No. **xxxxxxxx4388** | | | | Opened  1/01/05  Last Active  3/25/09 Lease | | | | |
| **G M A C** **Po Box 12699** **Glendale, AZ 85318** | | J | | | | | | **Unknown** |
| Account No. **xx xxxx x2319** | | | | medical | | | | |
| **LabCorp** **820 North John Young Pkwy** **Kissimmee, FL 34741** | | J | | | | | | **235.38** |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,367.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Paul Babinski,**
        **Deborah Babinski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| **Credit Collection Services** **P O Box 55126** **Boston, MA 02205-5126** | | | | **LabCorp** | | | | **Notice Only** |
| Account No. **xxx xxxxxx1106** | | | | medical | | | | |
| **Lincoln Financial Group** **Attn  JANET MYERS, 1H-53** **1300 South Clinton Street** **Fort Wayne, IN 46802** | | J | | | | | | **1,685.52** |
| Account No. **xxxxxxxx72MG** | | | | medical | | | | |
| **Medical Center Radiology Grp** **P O Box 919010** **Orlando, FL 32891-9010** | | J | | | | | | **49.00** |
| Account No. | | | | Representing: | | | | |
| **Business Revenue Systems, In** **P o box 13077** **Des Moines, IA 50310-0077** | | | | **Medical Center Radiology Grp** | | | | **Notice Only** |
| Account No. **xxxxxx7336** | | | | repossession of vehicle | | | | |
| **Mercedes-Benz Financial** **P O Box 9001680** **Louisville, KY 40290** | | J | | | | | | **2,802.33** |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,536.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Paul Babinski,**
        **Deborah Babinski**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **01896222** <br><br> **SRA Associates Inc.** <br> **401 Minnetonka Rd** <br> **Hi Nella, NJ 08083** | | | | | **Representing:** <br> **Mercedes-Benz Financial** | | | | **Notice Only** |
| Account No. **xxxxx8.000** <br><br> **Michael Heller** <br> **Cozen O'Connor** <br> **1900 Market St** <br> **Philadelphia, PA 19103** | | | J | | **legal services for** <br> **Northeastern Mexventures/General Corp** | | | | **18,166.57** |
| Account No. **xxxxx2085** <br><br> **Mortgage It** <br> **3451 Hammond Ave** <br> **Waterloo, IA 50704** | | | J | | **Opened 10/01/05  Last Active  1/24/06** <br> **RealEstateMortgageWithoutOtherCollateral** | | | | **Unknown** |
| Account No. <br><br> **National Financial Partners Corp** <br> **340 Madison Ave** <br> **19th Floor** <br> **New York, NY 10173** | | | J | | **damages** | | | | **Unknown** |
| Account No. **xxxxx0118** <br><br> **Open MRI of Maitland** <br> **668 N Orlando Avenue** <br> **#1005** <br> **Maitland, FL 32751** | | | J | | **medical** | | | | **1,072.05** |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,238.62**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
        **Deborah Babinski**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Collection Enterprise Inc** <br> **P O Box 30096** <br> **Alexandria, VA 22310-8096** | | | | Representing: <br> **Open MRI of Maitland** | | | | **Notice Only** |
| Account No. **xxxxxx1172** <br><br> **Orlando Health** <br> **P O Box 620000** <br> **Stop 9936** <br> **Orlando, FL 32891-9936** | | J | | medical | | | | **819.60** |
| Account No. <br><br> **Computer Credit Inc.** <br> **Dlaim Dept 007450** <br> **P O Box 5238** <br> **Winston Salem, NC 27113-5238** | | | | Representing: <br> **Orlando Health** | | | | **Notice Only** |
| Account No. **39587472** <br><br> **Holloway Credit Solution LLc** <br> **1286 Carmichael Way** <br> **Montgomery, AL 36106** | | | | Representing: <br> **Orlando Health** | | | | **Notice Only** |
| Account No. **xxxxxx7855** <br><br> **Orlando Health** <br> **P O Box 620000** <br> **Stop 9936** <br> **Orlando, FL 32891-9936** | | J | | medical | | | | **100.20** |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**919.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
     **Deborah Babinski**
                                                               ,
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| **Computer Credit Inc. Dlaim Dept 007450 P O Box 5238 Winston Salem, NC 27113-5238** | | | **Representing:** **Orlando Health** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Holloway Credit Solution LLc 1286 Carmichael Way Montgomery, AL 36106** | | | **Representing:** **Orlando Health** | | | | **Notice Only** |
| Account No. **xxxxxx9925** | | | medical | | | | |
| **Orlando Health P O Box 620000 Stop 9936 Orlando, FL 32891-9936** | | J | | | | | **100.20** |
| Account No. | | | | | | | |
| **Computer Credit Inc. Dlaim Dept 007450 P O Box 5238 Winston Salem, NC 27113-5238** | | | **Representing:** **Orlando Health** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Holloway Credit Solution LLc 1286 Carmichael Way Montgomery, AL 36106** | | | **Representing:** **Orlando Health** | | | | **Notice Only** |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**
**Deborah Babinski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0068** | | | | medical | | | | |
| **Orlando Health P O Box 620000 Stop 9936 Orlando, FL 32891-9936** | | J | | | | | | 100.20 |
| Account No. | | | | | | | | |
| **Computer Credit Inc. Dlaim Dept 007450 P O Box 5238 Winston Salem, NC 27113-5238** | | | | Representing: Orlando Health | | | | Notice Only |
| Account No. | | | | | | | | |
| **Holloway Credit Solution LLc 1286 Carmichael Way Montgomery, AL 36106** | | | | Representing: Orlando Health | | | | Notice Only |
| Account No. **xxx2255** | | | | services | | | | |
| **Orlando Sentinel c/o Biehl + Biehl, Inc. P O Box 87410 Carol Stream, IL 60188** | | J | | | | | | 54.43 |
| Account No. **xxxxxxxxx0009** | | | | Opened  4/01/93  Last Active 12/26/09 Unsecured | | | | |
| **Pa Sta Empcu 1 Credit Union Place Harrisburg, PA 17110** | | H | | | | | | 3,133.00 |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,287.63

B6F (Official Form 6F) (12/07) - Cont.

In re **David Paul Babinski,**　　　　　　　　　　　　　　　　　Case No. _____
**Deborah Babinski**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0001** | | | **Opened  4/26/93  Last Active 11/12/09 Unsecured** | | | | |
| **Pa Sta Empcu 1 Credit Union Place Harrisburg, PA 17110** | | H | | | | | 3,068.86 |
| Account No. **xxx1496** | | | **Medical Collection** | | | | |
| **PCS P O Box 538092 Orlando, FL 32853** | | H | **Emergency Phys Of Ctr Fl** | | | | 405.00 |
| Account No. **xxxxxxxxx1 TAM** | | | **medical** | | | | |
| **Quest Diagnostics P O Box 740781 Cincinnati, OH 45274-0781** | | J | | | | | 1,171.93 |
| Account No. | | | **personal loan** | | | | |
| **Ron DeAngelis c/o Scott Law Group 100 E Main Street, Ste 500 P O Box 4650 Sevierville, TN 37864** | | H | | | | | 97,000.00 |
| Account No. **xxxxxxxxxxx7276** | | | **Opened  1/25/97  Last Active 12/19/08 ChargeAccount** | | | | |
| **Sams Club/GE Money Bank Attention:  Bankruptcy Dept Po Box 105968 Atlanta, GA 30353** | | H | | | | | 3,294.00 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of　　　　　　　　　Subtotal　　　　　104,939.79
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Paul Babinski,**
      **Deborah Babinski**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18337659** <br><br> **Academy Collection Service** <br> **10965 Decatur Rd** <br> **Philadelphia, PA 19154** | | | Representing: <br> **Sams Club/GE Money Bank** | | | | **Notice Only** |
| Account No. **xxxx4043** <br><br> **The Fitness Centre & Day Spa** <br> **400 Celebration Place** <br> **Kissimmee, FL 34747** | | J | service | | | | **272.00** |
| Account No. **xxxxxxxxx-xxx-x2KRS** <br><br> **Vinings Insurance Company** <br> **c/o Lisa A Oonk** <br> **Litchfield Cavo LLP** <br> **5201 W Kennedy Blvd, Ste 450** <br> **Tampa, FL 33609** | | J | insurance damages | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5478** <br><br> **Wells Fargo Business D** <br> **Po Box 29482** <br> **Phoenix, AZ 85038** | | J | Opened 3/01/03 Last Active 8/26/09 <br> ChargeAccount | | | | **2,194.00** |
| Account No. **xxxxx6361** <br><br> **Wyoming Seminary** <br> **201 N Sprague Avenue** <br> **Kingston, PA 18704** | | H | services | | | | **3,939.52** |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **6,405.52** |
| Total <br> (Report on Summary of Schedules) | **428,605.08** |

B6G (Official Form 6G) (12/07)

.

In re    **David Paul Babinski,**                                                    Case No. _____
         **Deborah Babinski**

_____,
                         Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| **Timothy and Lisa Huschke**<br>**619 Celebration Avenue**<br>**Kissimmee, FL 34747** | **Residential Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **David Paul Babinski,**   Case No. _____
**Deborah Babinski**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **David Paul Babinski**
**Deborah Babinski**
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**Daughter** | AGE(S):<br>**11**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **housewife** |
| Name of Employer | **Bridgewell Capital LLC** | |
| How long employed | **since 03/17/2010** | |
| Address of Employer | **710 Vassar St**<br>**Orlando, FL 32804** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **2,951.76** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **2,951.76** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ **232.09** | $ **0.00** |
|   b. Insurance | $ **0.00** | $ **0.00** |
|   c. Union dues | $ **0.00** | $ **0.00** |
|   d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **232.09** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,719.67** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Family Assistance** | $ **1,000.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,000.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,719.67** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,719.67** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor lost his job 10/2008. Recently is working again as of March 17, 2010. Family were assisting them until recently**

B6J (Official Form 6J) (12/07)

In re    **David Paul Babinski**
         **Deborah Babinski**                                              Case No. _____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,200.00 |
|     a. Are real estate taxes included?     Yes ___     No **X** | |
|     b. Is property insurance included?     Yes ___     No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 300.00 |
|             b. Water and sewer | $ 73.00 |
|             c. Telephone | $ 33.00 |
|             d. Other  **See Detailed Expense Attachment** | $ 167.00 |
| 3. Home maintenance (repairs and upkeep) | $ 125.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 10.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 200.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|             a. Homeowner's or renter's | $ 17.00 |
|             b. Life | $ 750.00 |
|             c. Health | $ 0.00 |
|             d. Auto | $ 110.00 |
|             e. Other _____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|         (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|             a. Auto | $ 0.00 |
|             b. Other _____ | $ 0.00 |
|             c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Education Expense (Proffessional Dues)** _____ | $ 16.66 |
|      Other _____ | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,    $     5,031.66
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 3,719.67 |
| b.   Average monthly expenses from Line 18 above | $ 5,031.66 |
| c.   Monthly net income (a. minus b.) | $ -1,311.99 |

B6J (Official Form 6J) (12/07)

In re    **David Paul Babinski**
      **Deborah Babinski**
_____     Case No. _____

                         Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| comcast | $ | 62.00 |
| Metro pcs | $ | 105.00 |
| **Total Other Utility Expenditures** | $ | **167.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re  **David Paul Babinski**
**Deborah Babinski**

Case No. _____

_____ Debtor(s)

Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **45** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 14, 2010**        Signature  **/s/ David Paul Babinski**
                                  **David Paul Babinski**
                                  Debtor

Date  **May 14, 2010**        Signature  **/s/ Deborah Babinski**
                                    **Deborah Babinski**
                                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Middle District of Florida

In re    **David Paul Babinski**
       **Deborah Babinski**                                            Case No.
                                           Debtor(s)           Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,104.00** | **2010 YTD: debtor employment** |
| **$-180,120.00** | **2009: Both Employment Income** |
| **$-98,107.00** | **2008: Both Family Assistance** |

#### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,000.00** | **Family Assistance YTD** |

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **IN THE MATTER OF FORECLOSURE OF THE DEED OF TRUST OF DAVID BABINSKI AND DEBORAH BABINSKI CASE# 09-SP-89** | **Foreclosure** | **Brunswick County, State of North Carolina** | **final judgment granted** |
| **Bank of America vs David and Deborah Babinski Case# 09-CA-13111-MF** | **Foreclosure** | **9th Judicial Circuit, Osceola County, Florida** | **pending final judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBC Centura Bank vs David Babinski Case# 08-CA-010333-MF** | **Foreclosure** | **9th Judicial Circuit, Osceola County, Florida** | **pending final judgment** |
| **Suntrust Bank vs David and Deborah Babinski Case# 35-2008-CA-004396** | **Foreclosure** | **5th Judicial Circuit,Lake County, Florida** | **final judgment granted** |
| **Plaintiff: Vinings Insurance Company Defendants: Vallery Custom Homes, Inc., Setting Sun Estates, LLC, Christopher Clegg, Carole Clegg, First Commercial Bank of Florida, Jeff Dibenedetto, Mark Wandmacher, Michael Saraceno, Kathryn Saraceno, Timothy O'Connell, William E. Norton, Barbara L. , David P Babinski, Deborah Babinski, et al Case Number: 6:2010CV00601** | **Insurance Damages** | **Court: Florida Middle District Court Office: Orlando County: Osceola** | **pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than **$200** in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Judy Lesso 17 Hulse St Throop, PA 18512** | **joint debtor's mother** | **monthly** | **Cash $750.00** |
| **Scoot Babinski 1509 Madison Ave Scranton, PA 18509** | **brother** | **01/2010** | **cash $900** |
| **Barbara Babinski 1509 Madison Ave Scranton, PA 18509** | **debtor's mother** | **monthly** | **average $500 Cash** |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Walter F. Benenati, Credi 838A N. John Young Parkway Kissimmee, FL 34741** | **04/16/2010** | **$2050.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

None
■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 303 North Village Street, Celebration, FL 34747 | same | 06/2008 - 08/2009 |
| 7589 Excitement Drive, Reunion, FL 34747 | same | 12/2007 -06/2008 |
| 613 Mary Jo Drive, Jessupa PA 18434 | same | 2003 - 12/2007 |

### 16. Spouses and Former Spouses

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
□ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Fortune Finance Group, Inc.** | **EIN#23-3056911** | **241 Main St Ste 101 Dickson City, PA 18519** | **real estate 50% partnership** | **07/01/2000 - 11/01/2005** |
| **Babinski System LTD, Inc.** | **EIN#20-5070263** | **7589 Excitement Drive Kissimmee, FL 34747** | **real estate 50% partnership** | **01/01/2006 - 12/31/2007** |
| **Global Hauling, Inc.** | **EIN#16-1711471** | **241 Main Street Suite 201 Dickson City, PA 18519** | **brokerage 50% partnership** | **2005 - 12/31/2007** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Fortune Financial Group** | **EIN#20-3697943** | **Management, Co. 241 Main St Suite 101 Dickson City, PA 18519** | **broker 50% Partnership** | **11/01/2005 - 01/2008** |
| **We Haul LLC** | **EIN#20-8311327** | **5199 Sicard Hollow Rd Birmingham, AL 35242** | **23.75% partnership rental truck service** | **01/22/2007 - 12/27/2007** |
| **Babsca Enterprises** | **EIN# 551992** | **241 Main Street Suite 101 Dickson City, PA 18519** | **50% partnership debtor not longer an officer.  he withdraw on 2009** | **09/28/2005 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                          DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME               ADDRESS               DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                          DATE ISSUED

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME | ADDRESS | DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS | TITLE | DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**May 14, 2010**_____        Signature  **/s/ David Paul Babinski**_____
                                                      **David Paul Babinski**
                                                      Debtor

Date  __**May 14, 2010**_____        Signature  **/s/ Deborah Babinski**_____
                                                      **Deborah Babinski**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re    **David Paul Babinski**
       **Deborah Babinski**
                                        Debtor(s)

Case No. _____
Chapter      **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BB & T** | **Describe Property Securing Debt:**<br>**9th Property**<br><br>**Owner Name: Deborah Babinski**<br><br>**Parcel #: 010EA073**<br><br>**Physical Address: 9611 FALLEN PEAR LN NE**<br><br>**Legal Description: L-144 PH-1A BLUFF ON THE CF PLAT 35/64**<br>**Deed Book/Page: 2910/0213**<br><br>**# of Lots or Acreage: 1.00** |

Property will be (check one):
   ■ Surrendered                □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BB & T** | **Describe Property Securing Debt:**<br>**10th Property**<br><br>**Parcel #: 010EA079**<br><br>**Physical Address: 3810 LEMON DROP LN NE**<br><br>**Legal Description: L-150 PH-1A BLUFFS ON THE CF PLAT 35/65**<br>**Deed Book/Page: 2914/0768**<br><br>**Current Owner: Deborah Babinski**<br><br>**Bank Financing: BRANCH** |

Property will be (check one):
　　■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　　□ Redeem the property
　　□ Reaffirm the debt
　　□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　　□ Claimed as Exempt　　　　　　■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bella Collina HOA** | **Describe Property Securing Debt:**<br>**5th Property**<br><br>**Owner Name: BABINSKI DAVID P & DEBORAH**<br><br>**Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756**<br><br>**Parcel:12-22-26-050000002600**<br><br>**Legal Description: BELLA COLLINA SUB LOT 26 BEING IN 13-22-26 PB** |

Property will be (check one):
　　■ Surrendered　　　　　　　　□ Retained

If retaining the property, I intend to (check at least one):
　　□ Redeem the property
　　□ Reaffirm the debt
　　□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　　□ Claimed as Exempt　　　　　　■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bella Collina Property** | **Describe Property Securing Debt:**<br>**5th Property**<br><br>**Owner Name: BABINSKI DAVID P & DEBORAH**<br><br>**Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756**<br><br>**Parcel:12-22-26-050000002600**<br><br>**Legal Description: BELLA COLLINA SUB LOT 26 BEING IN 13-22-26 PB** |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**1st Property**<br><br>**Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH**<br><br>**Mailing Address: 7589 EXCITEMENT DR REUNION FL, 34747**<br><br>**Parcel : 352527483800011190**<br><br>**Legal Description: REUNION PHASE 2 PARCEL 1 AND 1A PB 13 PGS 115-123 LOT 119** |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Rbc Bank Usa** | **Describe Property Securing Debt:**<br>**3er Property**<br><br>**Owner Name: SCALESE CHRISTOPHER; BABINSKI DAVID;**<br><br>**Physical Address: 1048 CASTLE PINES CT, REUNION, FL 34747**<br><br>**Parcel : 352527489200011750**<br><br>**Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 175** |

Property will be (check one):
- ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Rbc Bank Usa** | **Describe Property Securing Debt:**<br>**4th Property**<br><br>**Owner Name: BABINSKI DAVID; BABINSKI DEBORAH;**<br><br>**Physical Address: 1108 GRAND TRAVERSE PKWY, REUNION, FL 34747**<br><br>**Parcel : 352527489200013070**<br><br>**Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 307** |

Property will be (check one):
- ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Reunion Resort & Club Master** | **Describe Property Securing Debt:**<br>**1st Property**<br><br>**Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH**<br><br>**Mailing Address: 7589 EXCITEMENT DR REUNION FL, 34747**<br><br>**Parcel : 352527483800011190**<br><br>**Legal Description: REUNION PHASE 2 PARCEL 1 AND 1A PB 13 PGS 115-123 LOT 119** |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Reunion Resort & Club Master** | **Describe Property Securing Debt:**<br>**2nd Property**<br><br>**Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH;**<br><br>**Physical Address: 7659 WHISPER WAY, REUNION, FL 34747**<br><br>**Legal Description: VILLAS AT REUNION SQUARE PH 4 A CONDO CB 10 PG 142-146 OR 3284/2013 BLDG P SOUTH UNIT 104 LYING I** |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Reunion Resort & Club Master** | **Describe Property Securing Debt:**<br>**4th Property**<br><br>**Owner Name: BABINSKI DAVID; BABINSKI DEBORAH;**<br><br>**Physical Address: 1108 GRAND TRAVERSE PKWY, REUNION, FL 34747**<br><br>**Parcel : 352527489200013070**<br><br>**Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 307** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Suntrust Mortgage/cc 5** | **Describe Property Securing Debt:**<br>**5th Property**<br><br>**Owner Name: BABINSKI DAVID P & DEBORAH**<br><br>**Physical Address: vacant lakefront land - Artimino Loop #26, Montverde FL 34756**<br><br>**Parcel:12-22-26-050000002600**<br><br>**Legal Description: BELLA COLLINA SUB LOT 26 BEING IN 13-22-26 PB** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**The Bluffs on the Cape Fear** | **Describe Property Securing Debt:**<br>**8th Property**<br><br>**Owner Name: David P Babinski and Deborah Babinski**<br><br>**Physical Address: 3797 Golden Pear Run NE, Leland NC 28451**<br><br>**Legal Description: Lot 171, Phase 1A, Bluffs on the Cape Fear Plat 35/65**<br><br>**Parcel ID#PT OF 0100030** |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                 ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**The Bluffs on the Cape Fear** | **Describe Property Securing Debt:**<br>**9th Property**<br><br>**Owner Name: Deborah Babinski**<br><br>**Parcel #: 010EA073**<br><br>**Physical Address: 9611 FALLEN PEAR LN NE**<br><br>**Legal Description: L-144 PH-1A BLUFF ON THE CF PLAT 35/64**<br>**Deed Book/Page: 2910/0213**<br><br>**# of Lots or Acreage: 1.00** |

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                 ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**The Bluffs on the Cape Fear** | **Describe Property Securing Debt:**<br>**10th Property**<br><br>**Parcel #: 010EA079**<br><br>**Physical Address: 3810 LEMON DROP LN NE**<br><br>**Legal Description: L-150 PH-1A BLUFFS ON THE CF PLAT 35/65**<br>**Deed Book/Page: 2914/0768**<br><br>**Current Owner: Deborah Babinski**<br><br>**Bank Financing: BRANCH** |

Property will be (check one):
   ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**The Glades Property Owners** | **Describe Property Securing Debt:**<br>**11th Property**<br><br>**Parcel ID Number   7566-11-5720**<br><br>**Current Owner WACHOVIA BANK NA     MAIL CODE X3800 03C  8480 STAGECOACH CIR 3RD FLOOR  FREDERICK MD 21701**<br>**Property foreclosed on 01/2009**<br>**No longer on debtors' possession**<br><br>**Addres** |

Property will be (check one):
   ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**The Glades Property Owners** | **Describe Property Securing Debt:**<br>**12th Property**<br><br>**Parcel ID Number   7566-01-8971**<br><br>**Current Owner BABINSKI, DAVID P  BABINSKI, DEBORAH**<br><br>**Address: LT 31, THE UPPER GLADE AT RIVER ROCK,**<br>**CULLOWHEE, NC 28723**<br><br>**Property Description     Plat Cabinet/Slide Reference** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**The Manhattan Club** | **Describe Property Securing Debt:**<br>**Timeshare**<br><br>**Unit 2309 at The Park Central Condominium located at 870**<br>**Seventh Avenue, Borough of Manhattan, County of New**<br>**Yourk, New York**<br><br>**Legal description: Reel 2406, Page 1498, Tax Lot 1186 in**<br>**Block 1027 of Section 4 of the Borough of** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**Up/regionsm** | **Describe Property Securing Debt:**<br>**2nd Property**<br><br>**Owner Name: BABINSKI DAVID P; BABINSKI DEBORAH;**<br><br>**Physical Address: 7659 WHISPER WAY, REUNION, FL 34747**<br><br>**Legal Description: VILLAS AT REUNION SQUARE PH 4 A CONDO CB 10 PG 142-146 OR 3284/2013 BLDG P SOUTH UNIT 104 LYING I** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**Villas at Reunion Square** | **Describe Property Securing Debt:**<br>**3er Property**<br><br>**Owner Name: SCALESE CHRISTOPHER; BABINSKI DAVID;**<br><br>**Physical Address: 1048 CASTLE PINES CT, REUNION, FL 34747**<br><br>**Parcel : 352527489200011750**<br><br>**Legal Description REUNION WEST VILLAGE 3A PB 16 PGS 136-141 LOT 175** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**Wachrl** | **Describe Property Securing Debt:**<br>**12th Property**<br><br>**Parcel ID Number   7566-01-8971**<br><br>**Current Owner BABINSKI, DAVID P  BABINSKI, DEBORAH**<br><br>**Address: LT 31, THE UPPER GLADE AT RIVER ROCK,**<br>**CULLOWHEE, NC 28723**<br><br>**Property Description      Plat Cabinet/Slide Reference** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**Wachrl** | **Describe Property Securing Debt:**<br>**11th Property**<br><br>**Parcel ID Number   7566-11-5720**<br><br>**Current Owner WACHOVIA BANK NA     MAIL CODE X3800**<br>**03C  8480 STAGECOACH CIR 3RD FLOOR  FREDERICK MD**<br>**21701**<br>**Property foreclosed on 01/2009**<br>**No longer on debtors' possession**<br><br>**Addres** |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br>**Wachrl** | **Describe Property Securing Debt:**<br>**8th Property**<br><br>**Owner Name: David P Babinski and Deborah Babinski**<br><br>**Physical Address: 3797 Golden Pear Run NE, Leland NC 28451**<br><br>**Legal Description: Lot 171, Phase 1A, Bluffs on the Cape Fear Plat 35/65**<br><br>**Parcel ID#PT OF 0100030** |

Property will be (check one):
■ Surrendered □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□  YES □  NO |

B8 (Form 8) (12/08)                                                                                          Page 13

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    __**May 14, 2010**_____      Signature    __**/s/ David Paul Babinski**_____

                                                            **David Paul Babinski**
                                                             Debtor

Date    __**May 14, 2010**_____      Signature    __**/s/ Deborah Babinski**_____

                                                             **Deborah Babinski**
                                                             Joint Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Middle District of Florida

In re **David Paul Babinski**
**Deborah Babinski**

Debtor(s)

Case No.

Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David Paul Babinski**
**Deborah Babinski**

Printed Name(s) of Debtor(s)

Case No. (if known)

X **/s/ David Paul Babinski**          **May 14, 2010**

Signature of Debtor                        Date

X **/s/ Deborah Babinski**              **May 14, 2010**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Florida

In re   **David Paul Babinski**
       **Deborah Babinski**

Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **May 14, 2010**

/s/ **David Paul Babinski**
**David Paul Babinski**
Signature of Debtor

Date:  **May 14, 2010**

/s/ **Deborah Babinski**
**Deborah Babinski**
Signature of Debtor

.

David Paul Babinski
1410 Craftsman Avenue West
Celebration, FL 34747

Bank Of America
Attn: Bankruptcy
NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bonded Collection Corporatio
P O Box 1022
Wixom, MI 48393-1022

Deborah Babinski
1410 Craftman Avenue West
Celebration, FL 34747

Bank Of America
Po Box 17054
Wilmington, DE 19850

Business Revenue Systems, In
P o box 13077
Des Moines, IA 50310-0077

Walter F. Benenati
Law Offices of Walter F. Benenati,
Credit Attorney P.A.
838A N. John Young Parkway
Kissimmee, FL 34741

Bank Of America
Po Box 17054
Wilmington, DE 19850

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210

Academy Collection Service
10965 Decatur Rd
Philadelphia, PA 19154

Bank of America
P O Box 2407
Minneapolis, MN 55402

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210

American Collection
Enterprise Inc
P O Box 30096
Alexandria, VA 22310-8096

Bank of America
P O Box 15019
Wilmington, DE 19886-5019

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Associated Recovery Systems
P O Box 469046
Escondido, CA 92046-9046

BB & T
Bankruptcy Dept
mail code 100-50-01-51
P O Box 1847
Wilson, NC 27894

Cbr Systems, Inc.
P O Box 894181
Los Angeles, CA 90189-4181

AWA Collections
P O Box 6605
Orange, CA 92863-6605

BB & T
Bankruptcy Dept
mail code 100-50-01-51
P O Box 1847
Wilson, NC 27894

Celebration Urgent Care
1530 Celebration Blvd #101
Celebration, FL 34747

Bank Of America
Po Box 17054
Wilmington, DE 19850

Bella Collina HOA
16355 Vetta Drive
Montverde, FL 34756

Celebration Urgent Care
1530 Celebration Blvd #101
Celebration, FL 34747

Bank Of America
Attn: Bankruptcy
NC4-105-02-99
Po Box 26012
Greensboro, NC 27410

Bella Collina Property
Owners Assoc., Inc.
8390 Champions Gate Blvd
Suite 304
Davenport, FL 33896

Celebration Urgent Care
1530 Celebration Blvd #101
Celebration, FL 34747

Chase
Po Box 1093
Northridge, CA 91328

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Creditors Financial Group
P O Box 440290
Aurora, CO 80044


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Discover Fin
Attention: Bankruptcy Dept
Po Box 3025
New Albany, OH 43054


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Citifinancial
Bankruptcy Dept
P O Box 498609
Cincinnati, OH 45249

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Collection
Po Box 9136
Needham, MA 02494

DRS Bonded Collection System
P O Box 1022
Wixom, MI 48393


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Computer Credit Inc.
Dlaim Dept 007450
P O Box 5238
Winston Salem, NC 27113-5238

Emergency Phys.Of Central FL
P O Box 628296
Orlando, FL 32862-8296


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Computer Credit Inc.
Dlaim Dept 007450
P O Box 5238
Winston Salem, NC 27113-5238

EOS CCA
P O Box 296
Norwell, MA 02061-0296


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Computer Credit Inc.
Dlaim Dept 007450
P O Box 5238
Winston Salem, NC 27113-5238

Financial Asset Mngt Systems
P O Box 451409
Atlanta, GA 31145


Citi
Po Box 6241
Sioux Falls, SD 57117

Computer Credit Inc.
Dlaim Dept 007450
P O Box 5238
Winston Salem, NC 27113-5238

First Revenue
4500 Cherry Creek Dr South
Denver, CO 80239


Citibank (South Dakota), NA
P.o. Box 6500
Sioux Falls, SD 57117

Credit Collection Services
P O Box 55126
Boston, MA 02205-5126

Firstar/US Bank
c/o Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201

Firstsource Advantage, LLC
P O Box 628
Buffalo, NY 14240-0628

Greenspoon Marder PA
attn. Marisol Morales
Trade Centre So, Ste 700
100 W Cypress Creek Rd
Fort Lauderdale, FL 33309

Medical Center Radiology Grp
P O Box 919010
Orlando, FL 32891-9010

Florida Physicians Medical
Group
P o Box 538600
Orlando, FL 32853-8600

Holloway Credit Solution LLc
1286 Carmichael Way
Montgomery, AL 36106

Mercedes-Benz Financial
P O Box 9001680
Louisville, KY 40290

Florida Physicians Medical
Group
P o Box 538600
Orlando, FL 32853-8600

Holloway Credit Solution LLc
1286 Carmichael Way
Montgomery, AL 36106

Michael Heller
Cozen O'Connor
1900 Market St
Philadelphia, PA 19103

Florida Physicians Medical
Group
P o Box 538600
Orlando, FL 32853-8600

Holloway Credit Solution LLc
1286 Carmichael Way
Montgomery, AL 36106

Mortgage It
3451 Hammond Ave
Waterloo, IA 50704

FMA Alliance Ltd
11811 N Freeway
Suite 900
Houston, TX 77060

Holloway Credit Solution LLc
1286 Carmichael Way
Montgomery, AL 36106

MRS Associates Inc
1930 Olney Ave
Cherry Hill, NJ 08003

Focus Receivables Mngt
1130 Northcashe Pkwy
Suite 150
Marietta, GA 30067

Kania & Kania PA
600-A Centrepark Drive
Asheville, NC 28805

National Financial Partners
Corp
340 Madison Ave
19th Floor
New York, NY 10173

FRS Group, Inc.
P O Box 612
Addison, TX 75001

LabCorp
820 North John Young Pkwy
Kissimmee, FL 34741

Nationwide Credit Inc.
P O Box 740640
Atlanta, GA 30374

G M A C
Po Box 12699
Glendale, AZ 85318

Lincoln Financial Group
Attn  JANET MYERS, 1H-53
1300 South Clinton Street
Fort Wayne, IN 46802

NCO Financial System
P O Box 15081
Wilmington, DE 19850-5081

G M A C
Po Box 12699
Glendale, AZ 85318

Marshall C. Watson PA
1800 NW 49th Street
Suite 120
Fort Lauderdale, FL 33309

Nelson, Watson & Assoc
80 Merrimack St
Lower Level
Haverhill, MA 01830

Northland Group, Inc
P O Box 390905
Minneapolis, MN 55439

PCS
P O Box 538092
Orlando, FL 32853

RBC Centura Bank
2811 S Orange Avenue
Orlando, FL 32806

Open MRI of Maitland
668 N Orlando Avenue
#1005
Maitland, FL 32751

Physicians Assett Recovery
P O Box 57910
Jacksonville, FL 32241-7910

Regions Bank
Legal Dept
7130 Goodleft Farms Pkwy
Cordova, TN 38016

Orlando Health
P O Box 620000
Stop 9936
Orlando, FL 32891-9936

Preferred CMS
P O Box 2964
Tampa, FL 33601

Reunion Resort & Club Master
Association
c/o Aegis CMS, Suite 304
8390 Champions Gate Blvd.
Davenport, FL 33896

Orlando Health
P O Box 620000
Stop 9936
Orlando, FL 32891-9936

Professional Recovery Servic
P O Box 1880
Voorhees, NJ 08043

Reunion Resort & Club Master
Association
c/o Aegis CMS, Suite 304
8390 Champions Gate Blvd.
Davenport, FL 33896

Orlando Health
P O Box 620000
Stop 9936
Orlando, FL 32891-9936

Professional Recovery Servic
P O Box 1880
Voorhees, NJ 08043

Reunion Resort & Club Master
Association
c/o Aegis CMS, Suite 304
8390 Champions Gate Blvd.
Davenport, FL 33896

Orlando Health
P O Box 620000
Stop 9936
Orlando, FL 32891-9936

Quality Collection Systems
PO Box 538092
Orlando, FL 32853-8092

Ron DeAngelis
c/o Scott Law Group
100 E Main Street, Ste 500
P O Box 4650
Sevierville, TN 37864

Orlando Sentinel
c/o Biehl + Biehl, Inc.
P O Box 87410
Carol Stream, IL 60188

Quest Diagnostics
P O Box 740781
Cincinnati, OH 45274-0781

Sams Club/GE Money Bank
Attention:  Bankruptcy Dept
Po Box 105968
Atlanta, GA 30353

Pa Sta Empcu
1 Credit Union Place
Harrisburg, PA 17110

Rbc Bank Usa
P O Box 1220
Rocky Mount, NC 27802

Shapiro & Fishman, LLP
10004 N Dale Mabry Highway
Suite 112
Tampa, FL 33618

Pa Sta Empcu
1 Credit Union Place
Harrisburg, PA 17110

Rbc Bank Usa
P O Box 1220
Rocky Mount, NC 27802

SRA Associates Inc.
401 Minnetonka Rd
Hi Nella, NJ 08083

Suntrust Mortgage/cc 5
Attention:  Bankruptcy
Po Box 85092
Richmond, VA 23286

US Bank NA
P O Box 2407
Minneapolis, MN 55402-2407


The Bluffs on the Cape Fear
POA, Inc
1121 P Military Cutoff Rd
Wilmington, NC 28405

Valentine & Kebartas, Inc.
P O Box 325
Lawrence, MA 01842


The Bluffs on the Cape Fear
POA, Inc
1121 P Military Cutoff Rd
Wilmington, NC 28405

Villas at Reunion Square
Condominium Assoc
8390 Champions Gate Blvd
Suite 304
Davenport, FL 33896


The Bluffs on the Cape Fear
POA, Inc
1121 P Military Cutoff Rd
Wilmington, NC 28405

Vinings Insurance Company
c/o Lisa A Oonk
Litchfield Cavo LLP
5201 W Kennedy Blvd, Ste 450
Tampa, FL 33609


The Fitness Centre & Day Spa
400 Celebration Place
Kissimmee, FL 34747

Wachrl
Po Box 3117
Winston Salem, NC 27102


The Glades Property Owners
Assoc.
c/o Legasus of N Carolina
1202 N Main St
Anderson, SC 29621

Wachrl
Po Box 3117
Winston Salem, NC 27102


The Glades Property Owners
Assoc.
c/o Legasus of N Carolina
1202 N Main St
Anderson, SC 29621

Wachrl
Po Box 3117
Winston Salem, NC 27102


The Manhattan Club
112 N Courtland St
2nd Floor
East Stroudsburg, PA 18301

Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038


Up/regionsm
Bankruptcy
Po Box 18001
Hattiesburg, MS 39404

Wyoming Seminary
201 N Sprague Avenue
Kingston, PA 18704

# United States Bankruptcy Court
## Middle District of Florida

In re **David Paul Babinski**
**Deborah Babinski**

Case No. _____

Chapter **7**

_____ Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,050.00 |
| Prior to the filing of this statement I have received | $ | 2,050.00 |
| Balance Due | $ | 0.00 |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 14, 2010**

**/s/ Walter F. Benenati**
**Walter F. Benenati 46679**
**Law Offices of Walter F. Benenati,**
**Credit Attorney P.A.**
**838A N. John Young Parkway**
**Kissimmee, FL 34741**
**407-236-7171  Fax: 407-236-7667**
**wfb@creditattorneypa.com**

B22A (Official Form 22A) (Chapter 7) (04/10)

| | |
|---|---|
| **David Paul Babinski** | |
| In re **Deborah Babinski** | |
| Debtor(s) | |
| Case Number: | |
| (If known) | |

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly.  Unless the exclusion in Line 1C applies, joint debtors may complete a single statement.  If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII.  Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>   ☐ I remain on active duty /or/<br>   ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>   ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |

| | | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 434.12 | $ 0.00 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ |
| b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 |
| c. | Business income | Subtract Line b from Line a | |

| | | | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|---|

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 1,030.00 | $ 0.00 |
| b. | Ordinary and necessary operating expenses | $ 400.00 | $ 0.00 |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| | | | | $ 630.00 | $ 0.00 |
|---|---|---|---|---|---|

| 6 | **Interest, dividends, and royalties.** | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 7 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | $ 0.00 | $ 0.00 |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|

| | | Debtor | Spouse |
|---|---|---|---|
| a. | **family assistance** | $ 2,597.50 | $ 0.00 |
| b. | | $ | $ |
| | Total and enter on Line 10 | | |

| | | | | $ 2,597.50 | $ 0.00 |
|---|---|---|---|---|---|

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ 3,661.62 | $ 0.00 |
|---|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ | **3,661.62** |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ | **43,939.44** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: **FL**    b. Enter debtor's household size: **4** | $ | **68,763.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |

| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| d. |  | $ |

| Total and enter on Line 17 | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (04/10)                                                                    4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____ | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0   ☐ 1   ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

**Subpart B: Additional Living Expense Deductions**
**Note: Do not include any expenses that you have listed in Lines 19-32**

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |
|---|---|---|
| | a. | Health Insurance | $ | |
| | b. | Disability Insurance | $ | |
| | c. | Health Savings Account | $ | $ |
| | Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $_____ | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92[*] per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to casses commenced on or after the date of adjustment.

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

<table>
<tr><td rowspan="3">42</td><td colspan="2"><b>Future payments on secured claims.</b> For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42.</td><td rowspan="3"></td></tr>
<tr><td colspan="2">

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines | |

</td></tr>
<tr><td colspan="2"></td></tr>
</table>

<table>
<tr><td rowspan="2">43</td><td colspan="2"><b>Other payments on secured claims.</b> If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.</td><td rowspan="2"></td></tr>
<tr><td colspan="2">

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

</td></tr>
</table>

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

<table>
<tr><td rowspan="2">45</td><td colspan="2"><b>Chapter 13 administrative expenses.</b> If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.</td><td rowspan="2"></td></tr>
<tr><td colspan="2">

| a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

</td></tr>
</table>

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025**\*. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725**\* Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**May 14, 2010**__     Signature: __**/s/ David Paul Babinski**__<br>**David Paul Babinski**<br>*(Debtor)*<br><br>Date: __**May 14, 2010**__     Signature __**/s/ Deborah Babinski**__<br>**Deborah Babinski**<br>*(Joint Debtor, if any)* |
|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **11/01/2009** to **04/30/2010**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **debtor employment**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 11/2009 | $0.00 |
| 5 Months Ago: | 12/2009 | $0.00 |
| 4 Months Ago: | 01/2010 | $0.00 |
| 3 Months Ago: | 02/2010 | $0.00 |
| 2 Months Ago: | 03/2010 | $1,349.48 |
| Last Month: | 04/2010 | $1,255.23 |
| | Average per month: | $434.12 |

**Line 5 - Rent and other real property income**
Source of Income: **rentals income**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 11/2009 | $400.00 | $400.00 | $0.00 |
| 5 Months Ago: | 12/2009 | $1,500.00 | $400.00 | $1,100.00 |
| 4 Months Ago: | 01/2010 | $780.00 | $400.00 | $380.00 |
| 3 Months Ago: | 02/2010 | $1,450.00 | $400.00 | $1,050.00 |
| 2 Months Ago: | 03/2010 | $1,100.00 | $400.00 | $700.00 |
| Last Month: | 04/2010 | $950.00 | $400.00 | $550.00 |
| | Average per month: | $1,030.00 | $400.00 | |
| | | | Average Monthly NET Income: | $630.00 |

**Line 10 - Income from all other sources**
Source of Income: **family assistance**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 11/2009 | $2,190.00 |
| 5 Months Ago: | 12/2009 | $9,650.00 |
| 4 Months Ago: | 01/2010 | $1,250.00 |
| 3 Months Ago: | 02/2010 | $1,000.00 |
| 2 Months Ago: | 03/2010 | $700.00 |
| Last Month: | 04/2010 | $795.00 |
| | Average per month: | $2,597.50 |